83 A.3d 86

**Raymond WILLIAMS, Petitioner**

v.

**Michael WENEROWICZ, Respondent.**

**No. 159 EM 2013.**

Supreme Court of Pennsylvania.

Nov. 21, 2013.

*ORDER*

PER CURIAM.

**AND NOW,** this 21st day of November, 2013, the Petition for Review is **DENIED.**